**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David BRICKER, Petitioner**

No. 5 WAL 2016

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by Petitioner, is:

Did the sentencing court impose a harsh, severe, and manifestly unreasonable and excessive sentence in light of the circumstances surrounding the alleged incident?

The judgment of sentence is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Muniz*, —— Pa. ——, 164 A.3d 1189 (2017).